JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jennifer Schoultz, | ) | Case No. **EDCV 14-1466-JFW(KKx)** |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| Wells Fargo Bank, N.A., | ) | |
| Defendant. | ) | |

The Court, having granted the Defendant's Motion for Summary Judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on all claims for relief alleged against it,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.  Plaintiff Jennifer Schoultz shall recover nothing from Defendant Wells Fargo Bank, N.A.;

2.  Defendant Wells Fargo Bank, N.A. shall have judgment in its favor on Plaintiff Jennifer Schoultz's entire action; and

3.   Defendant Wells Fargo Bank, N.A. shall recover from Plaintiff Jennifer Schoultz its costs of suit in the sum of $_____.

Dated: January 29, 2015

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE